UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VERA B. PATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:16-CV-864-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 22]. Plaintiff's motion for judgment on the pleadings [D.E. 14] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 19] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on January 26, 2018, and Copies To:**
Charlotte Williams Hall                                    (via CM/ECF electronic notification)
Mark J. Goldenberg                                         (via CM/ECF electronic notification)


DATE:                                                      PETER A. MOORE, JR., CLERK
January 26, 2018                                           (By) /s/ Nicole Briggeman
                                                           Deputy Clerk