UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VERA B. PATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:16-CV-864-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's attorney $4,500.00 for attorney fees if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney. It is also ORDERED that the TJF pay Plaintiff's attorney $400.00.

**This Judgment Filed and Entered on February 22, 2018, and Copies To:**
Charlotte Williams Hall                              (via CM/ECF electronic notification)
Mark J. Goldenberg                                  (via CM/ECF electronic notification)

DATE:                                               PETER A. MOORE, JR., CLERK
February 22, 2018                                   (By) /s/ Nicole Briggeman
                                                     Deputy Clerk