UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VERA B. PATE, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:16-CV-864-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $16,000.00, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $4,500.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on November 6, 2019, and Copies To:**
Charlotte Williams Hall                                         (via CM/ECF electronic notification)
Mark J. Goldenberg                                             (via CM/ECF electronic notification)

DATE:                                                  PETER A. MOORE, JR., CLERK
November 6, 2019                            (By) /s/ Nicole Sellers
                                                         Deputy Clerk